JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASIELA ROBLES-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a California company; WAL-MART STORES, INC., a California company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 5:24-cv-01762-KK-SPx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Courtroom: 3rd Fl., Courtroom 3<br>District Judge: Hon. Kenly Kiya Kato<br>Complaint Filed: June 18, 2024<br>Trial Date: September 8, 2025 |

Based upon the stipulation of the Parties, the Court hereby orders the dismissal of the above-captioned Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs

**IT IS SO ORDERED.**

Dated: July 17, 2025      By: _____
Hon. Kenly Kiya Kato
United States District Judge

2354-3653